# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 21cv1616 |
| TITLE: | George T. Oliver, III v. I.C. System, Inc. |
| E-FILED DATE: 5/27/22 | DOCUMENT NO.: 13 and 14 |
| DOCUMENT TITLE: | Notice of Appearance (No. 13) and Motion to Withdraw as Counsel (No. 14) |
| DOCUMENT FILED BY: | George T. Oliver, III |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

ECF No. 13: Failure to include bar number.

ECF No. 14: Local Rule 83.3(f)(3): "a motion to withdraw as attorney of record must be served on . . . the moving party's client . . . a declaration pertaining to such service must be filed."

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☒ | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

June 3, 2022                                              Law Clerk
                                                          Chambers of the Honorable
                                                          M. James Lorenz